UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRIAN MORGAN, Petitioner, v. STATE OF OKLAHOMA, Respondent. | Case No. 19-cv-02683-JCS (PR) **ORDER OF TRANSFER** |

This federal mandamus action is transferred to the Western District of Oklahoma because that is where the events challenged in this suit occurred. 28 U.S.C. §§ 116(c); 1404(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** May 22, 2019

JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  DAVID BRIAN MORGAN,

   Plaintiff,

   v.

   STATE OF OKLAHOMA,

   Defendant.

Case No. 19-cv-02683-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Brian Morgan ID: #637673
Joseph Hart Correctional Center
P.O. Box 548
Lexington, OK 73051


Dated: May 22, 2019

Susan Y. Soong
Clerk, United States District Court

By:__*Karen L. Hom*__
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO